

FILED
U.S. DISTRICT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2013 APR -9  PM 3:55

CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

)
SECURITIES AND EXCHANGE COMMISSION, )
)
    Applicant, ) Misc. Action No.:
)
vs. ) **4-13MC-014-Y**
)
ANDREW FARMER and )
IRIDIUM CAPITAL, LTD., )
)
    Respondents. )
)

## APPLICATION OF THE SECURITIES AND EXCHANGE COMMISSION
## FOR ORDER COMPELLING COMPLIANCE WITH ADMINISTRATIVE SUBPOENAS

Applicant Securities and Exchange Commission (the "SEC") moves this Court for an Order compelling compliance with administrative subpoenas served on Respondents Andrew Farmer ("Farmer") and Iridium Capital, Ltd. ("Iridium") (collectively, "Respondents"). This motion is based on the SEC's Memorandum of Law in support of the motion, the Declaration of Nikolay Vydashenko dated April 9, 2013, and exhibits thereto.

The SEC requests that this Court enter an Order:

(1) Directing Farmer to produce documents to the SEC in accordance with the subpoena within fifteen days of the date of the Order;

(2) Directing Iridium to produce documents to the SEC in accordance with the subpoena within fifteen days of the date of the Order;

(3) Directing Farmer to appear for testimony in accordance with the subpoena within thirty days of the date of the Order;

(4) Granting the SEC such other and further relief as may be necessary and appropriate to ensure that Respondents comply with the administrative subpoenas and any Order

this Court issues; and

(5) Preserving this Court's jurisdiction over this matter to ensure that Respondents comply with the administrative subpoenas and any Orders of this Court.

Dated: April 9, 2013

Respectfully submitted,

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION

BRET HELMER
Texas Bar No. 00793931
United States Securities and
Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX 76102
Telephone: (817) 978-6477
Facsimile: (817) 978-4927
helmerb@sec.gov

Of Counsel:

ERIC WERNER
Texas Bar No. 24033919
NIKOLAY VYDASHENKO
New York Registration No.: 4628566
United States Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX 76102

*Attorneys for Applicant United States*
*Securities and Exchange Commission*

## CERTIFICATE OF CONFERENCE

The SEC submits this Certificate of Conference in accordance with Local Rule 7.1(b). Pursuant to Local Rule 7.1(a), on March 9, 2013, SEC staff attorney Nikolay Vydashenko and SEC trial attorney Bret Helmer spoke telephonically to counsel for Respondents, Steven Rosen, Esq. During this conversation, SEC staff provided Respondents an opportunity to comply with the administrative subpoenas to avoid the necessity of filing the instant application. Counsel for Respondents informed the SEC staff that Respondents' position with respect to their refusal to respond to the administrative subpoenas had not changed, and would not change based on the SEC's staff's stated intent to file a subpoena enforcement action. Counsel for Respondents did not provide any reasons for Respondents' noncompliance, and did not articulate any objections to the subpoenas.

Nikolay Vydashenko

## CERTIFICATE OF SERVICE

On April 9, 2013, I served the (1) the Motion of the Securities and Exchange Commission Compelling Compliance with Administrative Subpoenas, (2) the Memorandum of Law in Support of the Motion of the Securities and Exchange Commission Compelling Compliance with Administrative Subpoenas, (3) the Declaration of Nikolay Vydashenko, dated April 9, 2013, and exhibits thereto, and (4) the Proposed Order by mailing the foregoing documents via UPS overnight delivery to:

| | |
|---|---|
| **Andrew Farmer** | **Iridium Capital, Ltd.** |
| **5005 Hidalgo St. Unit 619** | **Attn: Andrew Farmer** |
| **Houston, TX  77056-6425** | **5847 San Felipe St., 17th Floor** |
| | **Houston, TX  77057** |

With a courtesy copy via UPS overnight delivery to:

Steven Rosen, Esq.
214 Morton Street
Richmond, TX  77469

Nikolay Vydashenko