CTJ
ORIGINAL

Case 13-11346  Document: 00512636186  Page: 1  Date Filed: 05/20/2014
Case 4:13-mc-00014  Document 00512761605  Filed 05/22/14  Page 1 of 2  PageID 460

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 22 2014
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-11346

D.C. Docket No. 4:13-MC-14

United States Court of Appeals
Fifth Circuit
**FILED**
March 27, 2014
Lyle W. Cayce
Clerk

SECURITIES AND EXCHANGE COMMISSION,

    Petitioner - Appellee

v.

ANDREW FARMER,

    Respondent - Appellant

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before DAVIS, BARKSDALE, and ELROD, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is vacated, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

ISSUED AS MANDATE:  20 MAY 2014

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
             Deputy
New Orleans, Louisiana    20 MAY 2014

ORIGINAL

Case: 13-11346   Document: 00512635189   Page: 1   Date Filed: 05/20/2014
Case 4:13-mc-00014   Document 9   Filed 05/22/14   Page 2 of 2   PageID 61



## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 20, 2014

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 13-11346    SEC v. Andrew Farmer
                           USDC No. 4:13-MC-14

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Renee S. McDonough, Deputy Clerk
                            504-310-7673

cc w/encl:
    Mr. Bret E. Helmer
    Mr. David Keith Isaak
    Mr. Christopher Paik
    Mr. Steven Rocket Rosen